IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLIFTON W. NICHOLS                                                                              PLAINTIFF

v.                                            Case No. 12-2260

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 21st day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE